442 A.2d 350

Commonwealth v. Freeman, Appellant.

Submitted October 5, 1981. Robert J. Breslin, Jr., for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.